UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

             v.                         21. mj. 000313

**JAMES RAHM III**

### NOTICE OF APPEARANCE

H. Heather Shaner, appointed by the Court, enters her appearance on behalf of defendant.

                        **Respectfully submitted,**

                        **/hhs/**

                        _____
                        **H. Heather Shaner  #273276**
                        **Appointed by the Court**
                        **1702 S Street N.W.**
                        **Washington, D.C. 20009**
                        **Tel. 202 265 8210**
                        **hhsesq@aol.com**